KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants GOLDEN STATE FC, LLC
(*now known as* Amazon.com Services LLC) and
AMAZON.COM, INC.

SHAUN SETAREH, SBN 204514
  shaun@setarehlaw.com
THOMAS SEGAL, SBN 222791
  thomas@setarehlaw.com
FARRAH GRANT, SBN 293898
  farrah@setarehlaw.com
SETAREH LAW GROUP
420 N. Camden Drive, Suite 100
Beverly Hills, CA 90210
Telephone: 310.888.7771
Facsimile: 310.888.0109

Attorneys for Plaintiff LOVENIA SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOVENIA SCOTT, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE, FC, LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:21-cv-02147-HSG<br><br>**JOINT STATUS REPORT** |

Plaintiff Lovenia Scott and Defendants Golden State FC, LLC (now known as Amazon.com Services LLC) and Amazon.com, Inc. ("Amazon"), by and through their respective counsel of record, hereby submit this Joint Status Report on the progress of the proceedings in *Trevino v. Golden State FC, LLC*, Lead Case No. 1:18-cv-00120-KES-BAM (E.D. Cal.) ("*Trevino*"), pursuant to the Court's Order Granting Amazon's Motion to Stay on July 15, 2021.  Dkt. 26.

Magistrate Judge McAuliffe's Amended Findings and Recommendations regarding class certification, *Trevino* Dkt. 205, and Plaintiffs' objections to the Amended Findings and Recommendations, *Trevino* Dkt. 206, remain pending review.  Amazon anticipates a final ruling on the Amended Findings and Recommendations this year.  On December 2, 2024, Magistrate Judge McAuliffe ruled on the parties' disputes about additional discovery, *Trevino* Dkt. 229, and Amazon made a supplemental production of documents and information in January 2025.

Dated: June 24, 2025

SHAUN SETAREH
THOMAS SEGAL
FARRAH GRANT
SETAREH LAW GROUP


By: */s/ Farrah Grant*
　　　　　Farrah Grant

Attorneys for Plaintiff LOVENIA SCOTT

Dated: June 24, 2025

KATHERINE V.A. SMITH
MEGAN COONEY
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Katherine V.A. Smith*
　　　　　Katherine V.A. Smith

Attorneys for Defendants GOLDEN STATE FC, LLC (*now known as* Amazon.com Services LLC) and AMAZON.COM, INC.

# **ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: June 24, 2025     GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Katherine V.A. Smith*
           Katherine V.A. Smith

Attorneys for Defendants GOLDEN STATE FC, LLC (*now known as* Amazon.com Services LLC) and AMAZON.COM, INC.